**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AUSTIN GANDAI AJAVON,** | : | **CIVIL ACTION NO. 1:09-CV-2537** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARY E. SABOL, et al.,** | : | |
| | : | |
| **Respondents** | : | |

## <u>ORDER</u>

AND NOW, this 28th day of April, 2010, upon consideration of the petition for

writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, in which petitioner

seeks to be released from the custody of the Bureau of Immigration and Customs

Enforcement ("ICE"), and it appearing from the notice to court filed by respondent

that petitioner was released from ICE custody on February 16, 2010 (Doc. 15-2, at

1-2),  thereby rendering the petition moot, <u>see</u> <u>Khodara Envtl., Inc. ex rel. Eagle</u>

<u>Envtl., L.P. v. Beckman</u>, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the

Constitution grants the federal courts the power to adjudicate only actual, ongoing

cases or controversies."); <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99

(3d Cir. 1996) ("If developments occur during the course of adjudication that

eliminate a plaintiff's personal stake in the merit of a suit or prevent a court from

being able to grant the requested relief, the case must be dismissed as moot."), it is

hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2.    The Clerk of Court is directed to CLOSE this case.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge